# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 237 WAL 2014
                     :
            Respondent     :
                     : Petition for Allowance of Appeal from the
                     : Order of the Superior Court
        v.                  :
                     :
                     :
                     :
KEVIN C. FOGLE,           :
                     :
            Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.